**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jean Dolores White-Marshall aka Jean Delores White | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-11506-PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
19 Jun 2024, 14:25:04, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: cc4e71b57363e012c09cf2f5926adfc9107f375ce5e3d9fd627ccbf25a493907