## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   JEAN DELORES WHITE-MARSHALL

Debtor(s)

Case No.   24-11506

Chapter   13

## CERTIFICATE OF SERVICE

I, Andre Dover, Esquire, counsel for debtor, Jean Delores White-Marshall, on July 25, 2024, served a true and correct copy of the Praecipe to Voluntarily Dismiss Case on the creditors listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Aes/ecmc
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

American Education Services
Attn: Bankruptcy
Po Box1200 N 7th St, 3rd Fl
Harrisburg, PA 17102

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Cavalry Portfolio Services
Attn: Bankruptcy
1 American Lane, Ste 220
Greenwich, CT 06831

JP Morgan Chase Bank, N.A.
Attn: Bankruptcy
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

PHEAA
PO Box 5147
Harrisburg, PA 17105

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Lending Club
Attn: Bankruptcy
PO Box 884268
San Francisco, CA 90088

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10587
Greenville, SC 29603

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497

Greenville, SC 29603

M & T Bank
Attn: Bankruptcy
Po Box 840
Buffalo, NY 14240

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Syncb/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Wells Fargo Bank NA
Attn: BankruptcyPO Box 10438 MAC F8235-02F
Des Moines, IA 50306

Midland Credit Management
PO Box 2037
Warren, MI 48090

Quantum Group, LLC as agent for Crown
Asset Management, LLC
PO Box 788
Kirkland, WA 98083

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

TD Bank USA, N.A.
C/O Weinstein and Riley
1415 Western Avenue, Suite 700
Seattle, WA 98101

Philadelphia Gas Works
800 W. Montgomery Ave 3F
Philadelphia, PA 19122

US Dept of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107

**Andre Dover, Esquire**
**Dover and Associates**
**2780 Bristol Pike, Suite 33**
**Bensalem, PA 19020**