IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **JEAN DELORES WHITE-MARSHALL** :  Case No. 24-11506 PMM
       Debtor  :  Chapter 13

## PROPOSED ORDER

**AND NOW**, this ___29th___ day of ___July___, 2024, upon consideration of the Praecipe to Voluntarily Dismiss filed by Debtor, it is further **ORDERED**, that this case be marked **DISMISSED** pursuant to 11 U.S.C. § 1307(b).

_____
Hon. Patricia M. Mayer
J