United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jean Delores White-Marshall  
    Debtor

Case No. 24-11506-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 29, 2024      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean Delores White-Marshall, 142 N. Edgewood Street, Philadelphia, PA 19139-2323 |
| 14880322 | + | Aes/ecmc, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14880323 | | American Education Services, Attn: Bankruptcy, Po Box1200 N 7th St, 3rd Fl, Harrisburg, PA 17102 |
| 14883520 | + | M & T Bank, C/O Michael H. Kaliner, 200 Eagle Road, Bldg. 2 Suite 120, Wayne, PA 19087-3115 |
| 14899812 | + | M&T Bank, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 29 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2024 23:52:35 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14880324 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 29 2024 23:52:48 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14881865 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2024 23:52:35 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14882629 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2024 23:52:14 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14880325 | + | Email/Text: bankruptcy@cavps.com | Jul 29 2024 23:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14880827 | + | Email/Text: bankruptcy@cavps.com | Jul 29 2024 23:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14880327 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 29 2024 23:52:48 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14880329 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2024 23:52:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14880330 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 29 2024 23:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14880326 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 23:52:37 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14898287 | + Email/Text: RASEBN@raslg.com | Jul 29 2024 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14893993 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 23:52:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880331 | + Email/Text: Documentfiling@lciinc.com | Jul 29 2024 23:52:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 14903531 | + Email/Text: Documentfiling@lciinc.com | Jul 29 2024 23:52:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14880332 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 23:52:47 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14880333 | Email/Text: camanagement@mtb.com | Jul 29 2024 23:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14905714 | Email/Text: camanagement@mtb.com | Jul 29 2024 23:53:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14899046 | ^ MEBN | Jul 29 2024 23:47:12 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14900713 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2024 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14904608 | + Email/Text: bncnotifications@pheaa.org | Jul 29 2024 23:52:00 | PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14899827 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14880334 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14904796 | ^ MEBN | Jul 29 2024 23:47:14 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14901245 | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2024 23:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14904264 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 23:52:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880335 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2024 00:03:15 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14880336 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2024 00:02:56 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14904371 | Email/Text: bncmail@w-legal.com | Jul 29 2024 23:53:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14880337 | + Email/Text: bncmail@w-legal.com | Jul 29 2024 23:53:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14881219 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 29 2024 23:52:48 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14880338 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 29 2024 23:52:37 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14895802 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 30 2024 00:03:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14880328 | | Dept Of Education/neln |
| 14893994 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDRE DOVER | on behalf of Debtor Jean Delores White-Marshall kashlaw@aol.com doverar87647@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL H KALINER | on behalf of Creditor M&T Bank mhkaliner@gmail.com pa35@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **JEAN DELORES WHITE-MARSHALL** :     Case No. 24-11506 PMM
       Debtor                            :     Chapter 13

## PROPOSED ORDER

AND NOW, this  29th  day of  July , 2024, upon consideration of the Praecipe to Voluntarily Dismiss filed by Debtor, it is further **ORDERED**, that this case be marked **DISMISSED** pursuant to 11 U.S.C. § 1307(b).

*Patricia M. Mayer*

Hon. Patricia M. Mayer
J